NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1323

AMERICAN MEDICAL SYSTEMS, INC.
and LASERSCOPE,

Plaintiffs-Appellants,

v.

BIOLITEC, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the District of Massachusetts in case no. 07-CV-30109, Judge Michael A. Ponsor.

ON MOTION

ORDER

Upon consideration of American Medical Systems, Inc. and Laserscopes' motion

for an extension of time, until February 19, 2010, to file their brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 0 2 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Leland G. Hansen, Esq.
       Mark D. Giarratana, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2010

JAN HORBALY
CLERK